IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHARLES LINDSEY PERRY, JR., | * |
| Plaintiff, | * |
| v. | Case No. 5:22-cv-00037-MTT-MSH |
| | * |
| UNNAMED DEFENDANTS, | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 4, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 4th day of March, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk